UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEE HUDSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18-CV-1989 RLW |
| DEON KELLEY, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. The Court has reviewed the return of summons relating to defendant Deon Kelley and found no identifying information as to whom service was effectuated on with respect to Ms. Kelley. Therefore, alias summons will be issued so that proper service can be effectuated on defendant Kelley. The Court will direct the U.S. Marshal's Office to serve Ms. Kelley in her individual capacity at the Phelps County Jail.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to issue process or cause process to issue upon the complaint as to defendant Deon Kelley in her individual capacity. Ms. Kelley shall be served with alias summons by the U.S. Marshal's Office at Phelps County Jail.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and will not be served upon plaintiff

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

Dated this 24th day of July, 2019.